1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11

MICHAEL JAMES MURPHY,

CASE NO. 09cv1941-LAB (RBB)

12

Petitioner,

ORDER ADOPTING REPORT &
RECOMMENDATION

vs.

13
14

MATTHEW L. CATE, Secretary,

15

Respondent.

16
17

Petitioner Michael J. Murphy, a state prisoner proceeding *pro se*, filed a Petition for

18

Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on September 2, 2009.  Murphy

19

challenges his convictions on count 1, first degree robbery; count 2, assault with a

20

semiautomatic firearm, a handgun; count 3, assault with a semiautomatic firearm, a rifle;

21

count 4, residential burglary; count 5, false imprisonment by violence or menace; count 6,

22

grand theft of personal property; count 7, intimidating a witness by malicious use of force or

23

violence; and counts 9, 10, 11, and 12, tampering with electric, telephone and cable

24

television lines.

The Court referred the petition to Magistrate Judge Ruben B. Brooks for a Report and

25

Recommendation ("R&R") pursuant to 28 U.S.C. § 636 and Civil Local Rule 72.1(d).  The

26

case was later transferred to Magistrate Judge William V. Gallo.  After the petition was

27

briefed on the merits, Judge Gallo issued an R&R recommending that the Court DENY it.

28

The R&R ordered the parties to file any objections by September 21, 2010 and advised them

1   that failure to do so may waive the right to raise those objections on appeal.  Neither party

2   filed objections, nor asked for additional time.

3        In considering an R&R, a district judge "may accept, reject, or modify the

4   recommended decision, receive further evidence, or recommit the matter to the magistrate

5   judge with instructions."  Fed. R. Civ. P. 72(b); *see also* 28 U.S.C. § 636(b)(1).  "[T]he court

6   shall make a de novo determination of those portions of the report or specified proposed

7   findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1).  "[T]he

8   district judge must review the magistrate judge's findings and recommendations *de novo if*

9   *objection is made*, but not otherwise."  *United States v. Reyna-Tapia,* 328 F.3d 1114, 1121

10  (9th Cir.2003) (en banc).

11       The Court has reviewed the R&R and finds it to be thorough and correct, particularly

12  considering that Murphy failed to file any objections.  Therefore, the Court **ADOPTS** the

13  R&R.  The petition is **DENIED** with prejudice.

14

15       **IT IS SO ORDERED**.

16  DATED:  December 9, 2010

17

18  **HONORABLE LARRY ALAN BURNS**
    United States District Judge

19

20

21

22

23

24

25

26

27

28